"O"

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. SACR 02-024 AHS |
| Plaintiff, | ) ) | ORDER OF DETENTION |
| v. | ) ) | [Fed.R.Crim.P. 32.1(a)(6); 18 U.S.C. §3143(a)] |
| Roberto Geronimo-Romero, | ) ) | |
| Defendant. | ) | |

The defendant having been arrested in this judicial district pursuant to a warrant issued by the Honorable Alicemarie H. Stotler, Chief United States District Judge, for an alleged violation of the terms and conditions of the defendant's supervised release; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),      The Court finds that:

A.    (X)    The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the nature of the charged offense, the defendant's lack of bail resources, lack of a stable residence, use of twenty-two aliases and six birth dates, the nature of the charge offense, which indicates the defendant is unlikely to comply with conditions of release,  and criminal history, which includes parole violations.

1  B.   ( )   The defendant has not met his/her burden of establishing by clear and

2  convincing evidence that s/he is not likely to pose a danger to the safety of any

3  other person or the community if released under 18 U.S.C. § 3142(b) or (c).

4  This finding is based on the nature of the charged offense and defendant's

5  criminal history.

6

7  IT THEREFORE IS ORDERED that the defendant be detained pending the further

8  revocation proceedings.

9

10

11  Dated:   January 15, 2008

12  /s/   ARTHUR NAKAZATO
   ARTHUR NAKAZATO
13  UNITES STATES MAGISTRATE JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2